[No. 51194-7-I.  Division One.  January 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES LAKIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 01-1-10284-9, Catherine D. Shaffer, J., entered October 8, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker, C.J., and Appelwick, J.

[No. 51348-6-I.  Division One.  January 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. C.S., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 02-8-02801-4, Dale B. Ramerman, J., entered October 31, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51488-1-I.  Division One.  January 20, 2004.]

*In the Matter of the Marriage of* RHONDA D. SNOW, *Appellant*, and KENNETH R. WHITE, *Respondent.*

Appeal from judgments of the Superior Court for King County, No. 01-3-06611-4, Janet Garrow, J. Pro Tem., entered October 28 and November 25, 2002. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Ellington, J., concurred in by Grosse and Schindler, JJ.

[No. 51514-4-I.  Division One.  January 20, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JOE N. LOUIS, *Appellant.*

Appeal from judgments of the Superior Court for King County, No. 01-1-10162-1, Jay V. White, J., entered June 7 and November 27, 2002. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Becker, C.J., and Agid, J.